(133 So. 742)

## Monk MARTIN v. STATE.
### 7 Div. 719.

Court of Appeals of Alabama.
March 17, 1931.

Rehearing Stricken April 7, 1931.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

This is a companion case to that of Harry Robertson v. State, 133 So. 742.[1] The judgment of conviction from which this appeal was taken is reversed and remanded upon the authority of Robertson v. State, supra.

Reversed and remanded.

